DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

21 AUGUST 2015

| 277P15 | George Andrew Bratton and the Estate of Geena Gee Bratton v. State of North Carolina, et al. | Plt's *Pro Se* Motion Under Rule 8(a) to Stay All Court Proceedings | Denied **08/07/2015** |
|---|---|---|---|
| 278P15 | State v. David Matthew Lowe | 1. Def's Motion for Temporary Stay<br><br>2. Def's Petition for *Writ of Supersedeas* | 1. Allowed **08/11/2015**<br><br>2. |
| 280PA14 | In the Matter of J.C. and J.C. | Petitioner's Motion to Dismiss Appeal | Dismissed as moot **07/01/2015** |
| 294PA14 | Robert E. King and wife, Jo Ann O'Neal v. Michael S. Bryant, M.D., and Village Surgical Associates, P.A. | Defs' PDR Under N.C.G.S. § 7A-31 (COA13-1003) | Special Order |
| 296P15 | Ernest James Nichols v. Richard Terry, Superintendent – Craggy Correctional Center; Frank L. Perry, Secretary of the North Carolina Department of Public Safety | Petitioner's *Pro Se* Petition for *Writ of Habeas Corpus* | Denied **08/20/2015** |
| 302A14 | State v. Juan Carlos Rodriguez | Def's Motion for Hearing on Designation of Biological Evidence Under N.C.G.S. § 268(a3) | Allowed **07/15/2015** |
| 311P14 | Packers Printing and Publishing Company, Inc., and Packers Printing and Publishing Company, Inc. t/d/b/a Budget Printing, Co. v. Anajet, LLC; and Anajet, LLC t/c/b/a Anajet, Inc. | 1. Def's PDR Under N.C.G.S. § 7A-31 (COA13-1449)<br><br>2. Plt's Conditional PDR Under N.C.G.S. § 7A-31 | 1. Denied<br><br>2. Dismissed as moot |
| 330PA14 | Lassiter, ex rel. v. North Carolina Baptist Hospitals, Incorporated, et al. | Plaintiff's Motion to Substitute Counsel | Allowed **08/05/2015** |
| 332PA14 | State v. Gregory Aldon Perkins | Def's Motion for Judicial Notice | Allowed **07/29/2015** |